IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DARNEL ANTOINE,**

    **Plaintiff,**

    v.                                  CASE NO.

**TRUEACCORD CORP.,**

    **Defendant.**
_____/

### DEFENDANT TRUEACCORD CORP'S
### NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that this case:

☐ IS     Related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT     related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency,

I further certify that I will serve a copy of this Notice upon each party no later than fourteen (14) days after appearance of the party.

                Respectfully submitted,

                **MESSER STRICKLER BURNETTE, LTD.**

    By:    */s/ John M. Marees II*
            LAUREN M. BURNETTE, ESQUIRE
            FL Bar No. 0120079
            JOHN M. MAREES II, ESQUIRE

                                                FL Bar No. 069879
                                                MAUREEN B. WALSH, ESQUIRE
                                                FL Bar No. 28179
                                                12276 San Jose Blvd.
                                                Suite 718
                                                Jacksonville, FL 32223
                                                (904) 527-1172
                                                (904) 683-7353 (fax)
                                                lburnette@messerstrickler.com
                                                jmarees@messerstrickler.com
                                                mwalsh@messerstrickler.com
                                                *Counsel for Defendant TrueAccord, Corp.*

Dated: January 12, 2024

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

        By:    */s/ John M. Marees II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN B. WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
*Counsel for Defendant TrueAccord, Corp.*

Dated: January 12, 2024

3